| | |
|---|---|
| 1 | LAW OFFICE OF K.C. MAXWELL |
| | K.C. MAXWELL (214701) |
| 2 | (kcm@kcmaxlaw.com) |
| | JENNIFER M. FRENCH (265422) |
| 3 | (jf@kcmaxlaw.com) |
| | 235 Montgomery Street, Suite 1070 |
| 4 | San Francisco, CA  94104 |
| | Telephone:     (415) 322-8817 |
| 5 | Facsimile:       (415) 888-2372 |
| 6 | Attorneys for Defendant |
| | TONY PATTON |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. CR 13-0005-RS |
| | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING AS TO DEFENDANT TONY PATTON AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| | v. | |
| TONY PATTTON, | | |
| | a/k/a Tony Green | |
| | Defendant. | Judge:     Hon. Richard Seeborg |
| | | Place:     Courtroom 3, 17th Floor |

**CASE NO. CR 13-0005 RS**

**STIPULATION & [PROPOSED] ORDER CONTINUING STATUS HEARING & EXCLUDING TIME**

## STIPULATION

Defendant Tony Patton and the government respectfully request that Mr. Patton's status hearing currently scheduled for May 28, 2013 be continued to June 25, 2013 for a change of plea hearing, and that time be excluded under the Speedy Trial Act until the new date. This stipulation applies to Mr. Patton only, and the status hearing scheduled for the co-defendant may remain as scheduled for May 28, 2013.

Mr. Patton's counsel is presently involved in a three-month trial in Los Angeles Superior Court, and will be traveling to Japan for a client meeting June 14, 2013 through June 21, 2013. Consequently, a continuance until June 25, 2013 is necessary in order to allow continuity of counsel for Mr. Patton, taking into account the exercise of due diligence.

Mr. Patton and the government agree that the ends of justice served by excluding the period from May 28, 2013 to June 25, 2013 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the continuity of defense counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

**IT IS SO STIPULATED**:

Dated: May 16, 2013                          LAW OFFICE OF K.C. MAXWELL

                                             */s/ K.C. Maxwell*
                                             K.C. Maxwell
                                             Attorneys for Defendant TONY PATTON


                                             U.S. DEPARTMENT OF JUSTICE

                                             */s/ Chinhayi Coleman Cadet*
                                             Chinhayi Coleman Cadet
                                             Attorneys for the United States

**FILER'S ATTESTATION**

*Filer's Attestation: Pursuant to General Order No. 45, section X(B) regarding signatures, K.C. Maxwell hereby attests that concurrence in the filing of this document has been obtained.*

[~~P~~~~ROPOSED~~] ORDER

For good cause shown, the Court **HEREBY ORDERS** that Defendant Tony Patton's status hearing currently scheduled for May 28, 2013 is continued to June 25, 2013 for a change of plea hearing. This order applies to the scheduled appearance of Mr. Patton only, and the status hearing for the co-defendant in this case remains as scheduled.

The Court **FURTHER ORDERS** that the period from May 28, 2013 to June 25, 2013 is excluded from the Speedy Trial Act calculations as to Mr. Patton for continuity of defense counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

**IT IS SO ORDERED.**

Dated: 5/20/13

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge